1
Patience Solanke, Petitioner v. Apple Store 1683 Briargate Pkwy # 315, Colorado Springs, CO 80920; Regional Manager Kim; Store Managers Marada and Karen Nunez; Staff Tarik, Jakub and Chris; Apple, Inc. One Apple Park Way, Cupertino, CA 95014; Apple, Inc Call Center; and Jeremy Senior Apple Inc. Call Center Employee Mac Book Pro M1 Chip. Respondents No. 24SC185Supreme Court of Colorado, En BancJuly 22, 2024

          Court
of Appeals Case No. 23CA1085

         Petition
for Writ of Certiorari DENIED.